IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JOHN ASHLEY HALE, #24720                                              PLAINTIFF

VERSUS                                    CIVIL ACTION NO.  3:16-cv-772-HTW-LRA

N. P. HOPSON, et al.                                                 DEFENDANTS

ORDER GRANTING PLAINTIFF'S REQUEST
TO VOLUNTARILY DISMISS THIS CIVIL ACTION

This matter is before the Court on Plaintiff's Letter [10] filed February 10, 2017.

Plaintiff  states in his Letter [10] that he wishes to "drop[] my lawsuit[] without prejudice and

give the Nurse Pract[it]ioner a chance to remedy the issues contained therein."  Having

considered Plaintiff's request, the Court will grant Plaintiff's voluntary dismissal of this civil

action.  Accordingly, it is

ORDERED that Plaintiff's request to voluntarily dismiss this civil action without

prejudice is granted.

This the 2nd day of March, 2017.

s/ HENRY T. WINGATE
UNITED STATES DISTRICT COURT JUDGE